UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, ) ) ) ) ) | | |
| Plaintiff, ) ) | CIVIL ACTION NO. | |
| VS. ) ) | 3:21-CV-0081-G-BH | |
| CANNOISE HARPER, ET AL., ) ) | | |
| Defendants. ) | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The plaintiff's second motion for award of attorney's fees and costs and brief in support, filed September 23, 2021 (docket entry 30), is **GRANTED**. The plaintiff is awarded $6,888.00 in attorney's fees and costs to be recovered against the

Property after a foreclosure sale, and not against the defendants in their personal capacities.

    **SO ORDERED**.

July 22, 2022.

                                                  /s/ A. Joe Fish
                                                **A. JOE FISH**
                                                **Senior United States District Judge**